IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KIMALA PERRY, | ) | |
| | ) | |
| Plaintiffs, | ) | Case 2:15-cv-11748 |
| | ) | |
| -vs- | ) | Honorable Robert H. Cleland |
| | ) | |
| JO ANN STORES LLC, dba | ) | |
| JO ANN FABRIC AND CRAFT, | ) | Lower Court No. 15-146579-NO |
| a foreign corporation, | ) | |
| | ) | E-FILE |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DATES

At a session of Court held in the
United States District Court
on April 29, 2016.

Present: Hon. ROBERT H. CLELAND
United States District Court Judge

This matter having come before the Court on the stipulation of the parties and the Court previously only extended the discovery deadline by 60 days and this being the parties' **first** request for adjournment of the remaining scheduling order dates and the Court being fully advised in the premises:

IT IS ORDERED that the current remaining scheduling order dates be extended by 60 days as follows to provide the parties with an opportunity to

13642218v1

attempt resolution of the case, including potentially, through private mediation:

- **Summary Disposition Motions from March 11, 2016 to May 10, 2016**

- **Trial Documents due by June 27, 2016**

- **Final Pretrial Conference from May 2, 2016 to July 5, 2016 at 2:00 p.m.**

- **Trial Date from May 16, 2016 to a date "TO BE DETERMINED BY THE COURT"[1]**

    **Dated April 29, 2016**

                                    s/Robert H. Cleland
                                    United States District Court Judge

---

[1] Defense counsel notified the court that she has a trial conflict with the extended 60 day trial date of July 15, 2016.  Per the case management clerk, the court will review its calendar and confirm a new trial date that is convenient for the court and the parties.